FILED: May 31, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1493
(17-31795)

_____

BESTWALL LLC, f/k/a Georgia-Pacific LLC, a Texas limited liability company and a North Carolina limited liability company

        Debtor - Appellee

v.

THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF BESTWALL, LLC

        Creditor - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States Bankruptcy Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 17-31795 |
| Date notice of appeal filed in originating court: | 05/31/2024 |
| Appellant(s) | The Official Committee of Asbestos Claimants of Bestwall, LLC |
| Appellate Case Number | 24-1493 |
| Case Manager | Karen Stump<br>804-916-2704 |