# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 27, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 24-1493,   <u>Bestwall LLC v. The Official Committee of Asbestos Claimants</u>
            17-31795

TO:   Official Committee of Asbestos Claimants of Bestwall, LLC

**JOINT APPENDIX CORRECTION DUE:  September 3, 2024**

Please make the correction identified below by the due date indicated. Use the **JOINT APPENDIX** entry and select "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

---

[✔] Materials from cases other than the one this appeal arose is not record material for this case. Please file a corrected joint appendix that only contains record material for this case.

- The appellant is responsible for filing the joint appendix; do not select the appellee as a filer when electronically filing the corrected joint appendix.
- If corrections to the joint appendix cause citations in the opening brief to be incorrect, please update the citations to the joint appendix in the opening brief and file a corrected opening brief.

Karen Stump, Deputy Clerk
804-916-2704