FILED: November 14, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1493
(17-31795)

_____

BESTWALL LLC, f/k/a Georgia-Pacific LLC, a Texas limited liability company and a North Carolina limited liability company

  Debtor - Appellee

v.

THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF BESTWALL, LLC

  Creditor - Appellant

-------------------------------

AMERICAN ASSOCIATION FOR JUSTICE; CLAIMANTS

  Amici Supporting Appellant

ANTHONY J. CASEY; BROOK E. GOTBERG; JOSHUA C. MACEY; JOSEPH W. GRIER, III, Future Asbestos Claimants Representative appointed in In re Aldrich Pump LLC, et al.; TRANE TECHNOLOGIES COMPANY LLC; TRANE U.S. INC.; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

  Amici Supporting Appellee

_____

O R D E R

_____

Chamber of Commerce of the United States of America has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk
