No. 24-1493

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

THE OFFICIAL COMMITTEE OF ASBESTOS
CLAIMANTS OF BESTWALL LLC,

*Appellant*,

v.

BESTWALL, LLC,

*Debtor-Appellee*.

On direct appeal from the U.S. Bankruptcy Court
for the Western District of North Carolina
No. 17-31795 (LTB)

## MOTION TO WITHDRAW APPEARANCE

Pursuant to this Court's Local Rule 46(c), the undersigned counsel moves the Court to grant her leave to withdraw her appearance on behalf of Bestwall LLC ("Debtor-Appellee") and states in support of this Motion:

1. The undersigned previously entered an appearance on behalf of the Debtor-Appellee (ECF 10).

2. On February 28, 2025, the undersigned will leave the firm of Jones Day.

WHEREFORE, the undersigned requests the Court to grant her leave to withdraw her appearance for Appellee.

Respectfully submitted, this the 27th day of February, 2025

*/s/ Sarah Welch*
Sarah Welch (OH 99171)
JONES DAY
901 Lakeside Ave.
Cleveland, Ohio 44114
Telephone: (216) 586-7401
Facsimile: (216) 579-0212
Email: swelch@jonesday.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that the foregoing Motion to Withdraw Appearance has been electronically filed with the Clerk of Court on this date, using the CM/ECF system and served upon opposing Counsel by operation of same.

Dated: February 27, 2025

*/s/ Sarah Welch*
Sarah Welch
