**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 17, 2025

_____

RESPONSE REQUESTED

_____

No.  24-1493,      Bestwall LLC v. Official Committee of Asbestos Claimants
17-31795

TO:    Bestwall LLC

**RESPONSE DUE: September 29, 2025**

Please respond to the petition for rehearing en banc on or before September 29, 2025. The response may not exceed 3900 words.

K. Stump, Deputy Clerk
804-916-2702